

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00840-CV

**IN THE INTEREST OF P.M.M.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-21699
Honorable Walden Shelton, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order appellant to pay the costs of this appeal.

SIGNED July 17, 2024.

_____
Irene Rios, Justice